UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOLLY A ARMSTRONG,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 14-cv-02602-YGR

**ORDER RE: FAILURE TO OPPOSE MOTION TO DISMISS**

On September 10, 2014, Defendant United States of America filed a Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") . (Dkt. No. 15.)  Plaintiff's response was due September 24, 2014.  Civ. L.R. 7-3(a).  To date Ms. Armstrong has failed to oppose the Motion to Dismiss.

Ms. Armstrong is hereby **ORDERED** to file any opposition to the pending Motion to Dismiss no later than **October 17, 2014**.  **Failure to file an opposition to the Motion by that date will result in dismissal of this action for failure to prosecute.**  Any reply to an opposition must be filed and served not more than 7 days after the opposition is served and filed.  Civ. L.R. 7-3(c).  Defendant shall immediately file a Statement of Non-Opposition pursuant to Civ. L.R. 7-3(b) if Ms. Armstrong fails to file her oppositions by the above deadline.

The hearing date of October 28, 2014 is hereby **VACATED**.

**IT IS SO ORDERED**.

Dated: October 10, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge